**Appeal Dismissed and Memorandum Opinion filed March 3, 2022.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-21-00739-CV

### COURTNEY MICHELLE GULLEDGE, Appellant

### V.

### KEVIN  BAILES, Appellee

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-43880**

## MEMORANDUM  OPINION

This is an appeal from a judgment signed November 16, 2021. The notice of appeal was filed December 17, 2021, 2019. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees and costs).

On February 1, 2022, this court ordered appellant to pay the appellate filing fee on or before February 11, 2022, or the appeal would be dismissed. Appellant

has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Jewell, Zimmerer and Hassan.